# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  WILLIAM E BRYANT　　　　　　　　　　　　　　　　　　　Case No.:  12-15084-JDW
　　　　SHERRY M BRYANT
　　　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  11/28/2012.
2) The plan was confirmed on  04/09/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  10/28/2013.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  05/05/2015, 04/07/2016.
5) The case was completed on  05/14/2018.
6) Number of months from filing or conversion to last payment:  66.
7) Number of months case was pending:  67.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  4,050.00.
10)  Amount of unsecured claims discharged without full payment:  160,490.45.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $46,067.56 | |
| Less amount refunded to debtor: | $627.33 | |
| **NET RECEIPTS:** | | $45,440.23 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,000.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,322.22 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,322.22 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE | Unsecured | 643.82 | 643.82 | 643.82 | 64.70 | .00 |
| AMERITOX | Unsecured | 55.93 | NA | NA | .00 | .00 |
| AT&T SERVICES, INC | Unsecured | 1,055.18 | 1,049.05 | 1,049.05 | 105.43 | .00 |
| BANK OF AMERICA BANKRUPTCY | Unsecured | 41,883.00 | NA | NA | .00 | .00 |
| BAPTIST COLLIERVILLE | Secured | NA | NA | NA | .00 | .00 |
| BLUES CITY PSYCHIATRY | Unsecured | 50.00 | NA | NA | .00 | .00 |
| BMO HARRIS BANK N.A. | Secured | 18,839.35 | 18,517.36 | 13,000.00 | 13,000.00 | 2,799.50 |
| BMO HARRIS BANK N.A. | Unsecured | NA | 5,517.36 | 5,517.36 | 36.96 | .00 |
| CAPITAL ONE | Unsecured | 494.76 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | Secured | 20,000.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | .01 | 538.87 | 538.87 | .00 | .00 |
| CITI CARD | Secured | NA | NA | NA | .00 | .00 |
| COLLIERVILLE FAMILY MEDICINE | Unsecured | 36.61 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: WILLIAM E BRYANT  
       SHERRY M BRYANT  
Debtor(s)

Case No.: 12-15084-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COUSINS TRAVEL CENTER | Unsecured | 1,500.00 | 1,500.00 | 1,500.00 | 150.75 | .00 |
| CREDITORS INTERCHANGE | Unsecured | 12,740.81 | NA | NA | .00 | .00 |
| DITECH FINANCIAL LLC | Unsecured | 30,000.00 | NA | NA | .00 | .00 |
| DR STEVE GALELLA | Unsecured | 218.80 | NA | NA | .00 | .00 |
| ELECTROSTIM MED SERVICE | Unsecured | 309.03 | 303.56 | 303.56 | 30.51 | .00 |
| ELECTROSTIM MED SERVICE | Unsecured | 325.28 | 303.56 | 303.56 | 30.51 | .00 |
| FIRST PREMIER BANK | Secured | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Secured | NA | NA | NA | .00 | .00 |
| GI PATHOLOGY PARTNERS | Unsecured | 24.93 | NA | NA | .00 | .00 |
| HSBC | Secured | NA | NA | NA | .00 | .00 |
| HSBC | Secured | NA | NA | NA | .00 | .00 |
| HSBC CREDIT CARDS | Unsecured | 514.64 | NA | NA | .00 | .00 |
| HSBC MORTGAGE SERVICES INC | Secured | 100,000.00 | 104,468.72 | 6,299.38 | 6,299.38 | .00 |
| HSBC MORTGAGE SERVICES INC | Secured | 2,335.00 | 9,629.98 | 977.69 | 977.69 | .00 |
| HSBC MORTGAGE SERVICES INC | Secured | .01 | 120.00 | 120.00 | .00 | .00 |
| HSBC MORTGAGE SERVICES INC | Secured | .01 | 1,319.00 | 1,319.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 14,453.47 | 15,600.91 | 15,600.91 | 15,600.91 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,473.63 | 1,473.63 | 148.10 | .00 |
| JOBY D COLLINS | Unsecured | 391.63 | NA | NA | .00 | .00 |
| MAGNOLIA REGIONAL HEALTH CENTER | Unsecured | 59.00 | NA | NA | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Priority | 827.99 | NA | NA | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Priority | NA | 814.28 | 814.28 | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Priority | 814.28 | 1,088.26 | .00 | .00 | .00 |
| MEDI STAT | Unsecured | 35.00 | NA | NA | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 32.27 | 15.00 | 15.00 | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 563.58 | 563.58 | 563.58 | 56.64 | .00 |
| MEMPHIS GASTROENTEROLOGY GRO | Unsecured | 472.92 | 472.92 | 472.92 | 47.53 | .00 |
| MICHAEL E STEUER MD PC | Unsecured | 990.95 | NA | NA | .00 | .00 |
| MID SOUTH IMAGING & THERAPEUTIC | Unsecured | 74.73 | 74.73 | 74.73 | .00 | .00 |
| MID SOUTH IMAGING & THERAPEUTICS | Secured | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC. | Unsecured | 1,326.77 | NA | NA | .00 | .00 |
| MISSISSIPPI ORTHOPAEDICS | Unsecured | 347.80 | NA | NA | .00 | .00 |
| MORRIS AND ASSOCIATES | Secured | NA | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | NA | NA | NA | .00 | .00 |
| OFFICE OF US TRUSTEE | Secured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Secured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 4,837.80 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 14,512.00 | 12,740.81 | 12,740.81 | 85.36 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: WILLIAM E BRYANT  
      SHERRY M BRYANT  
    Debtor(s)

Case No.: 12-15084-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 595.44 | 945.49 | 945.49 | 95.02 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 26,289.56 | 22,707.15 | 22,707.15 | 152.12 | .00 |
| PREMIER BANK CARD | Secured | NA | NA | NA | .00 | .00 |
| PREMIER BANKCARD | Unsecured | 924.97 | 924.97 | 924.97 | 92.96 | .00 |
| PROFESSIONAL RECOVERY SERVICES | Secured | NA | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | Unsecured | 212.00 | NA | NA | .00 | .00 |
| REVENUE RECOVERY CORPORATION | Unsecured | 56.14 | 56.14 | 56.14 | .00 | .00 |
| REVENUE RECOVERY CORPORATION | Unsecured | 292.54 | 292.54 | 292.54 | 29.40 | .00 |
| REVENUE RECOVERY CORPORATION | Unsecured | .01 | 62.00 | 62.00 | .00 | .00 |
| SOUTHEAST FINANCIAL SOLUTIONS | Unsecured | 292.54 | NA | NA | .00 | .00 |
| TERRY HAYES DDS | Unsecured | 585.41 | 585.41 | 585.41 | 58.83 | .00 |
| THE MEDICAL GROUP | Unsecured | 187.62 | NA | NA | .00 | .00 |
| WEINSTEIN AND RILEY PS | Unsecured | .01 | 11,286.72 | 11,286.72 | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 2,185.80 | 2,544.34 | 2,544.34 | 255.71 | .00 |
| WELLS FARGO FINANCIAL | Secured | NA | NA | NA | .00 | .00 |
| WFNNB | Unsecured | 2,602.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: WILLIAM E BRYANT  
SHERRY M BRYANT  
Debtor(s)

Case No.: 12-15084-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILLIAMS MEDICAL CLINIC | Unsecured | 26.74 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 6,299.38 | 6,299.38 | .00 |
| Mortgage Arrearage: | 977.69 | 977.69 | .00 |
| Debt Secured by Vehicle: | 13,000.00 | 13,000.00 | 2,799.50 |
| All Other Secured: | 1,439.00 | .00 | .00 |
| **TOTAL SECURED:** | 21,716.07 | 20,277.07 | 2,799.50 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 16,415.19 | 15,600.91 | .00 |
| **TOTAL PRIORITY:** | 16,415.19 | 15,600.91 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 64,601.65 | 1,440.53 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,322.22 |
| Disbursements to Creditors: | $40,118.01 |
| **TOTAL DISBURSEMENTS:** | $45,440.23 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/29/2018    By: /s/Locke D. Barkley  
Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.