Gmail

Karen Schneller <karen.schneller@gmail.com>

## U.S. Bankruptcy Court, Northern District of Mississippi - Returned Mail Notice, In re: William E Bryant, Case Number: 12-15084, JDW, Ref: [p-124822518]

1 message

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>  Mon, Aug 27, 2018 at 4:54 PM
To: karen.schneller@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

August 27, 2018

From: United States Bankruptcy Court, Northern District of Mississippi

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: William E Bryant, Case Number 12-15084, JDW

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Cochran U.S. Bankruptcy Courthouse**
**703 Highway 145 North**
**Aberdeen, MS 39730**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

THE UPDATED ADDRESS IS:

Baptist Minor Medical Center
P.O. Box 1000, Dept 343
Memphis, TN 38148-0001

350 N. Humphreys Blvd
Memphis, TN 38120

_KB [signature]_  9/24/18
Signature of Debtor or Debtor's Attorney  Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.